UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ROBERT P. JOHNSON, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Nos. 1:15-CV-166-HSM-SKL-1 |
| CASEY STOKES, Judge Meigs County, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Susan K. Lee on July 22, 2015 ("R&R") [Doc. 5]. In the R&R, Magistrate Judge Lee recommends dismissal of the complaint because it seeks money damages from a state-court judicial official immune from such relief [*Id.* at 1 (noting the complaint seeks $100,000 from Judge Casey Stokes of the General Sessions court for Meigs County, Tennessee)]. No timely objections to the R&R have been filed and enough time has passed to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After careful review of the matter, the Court is in agreement with Magistrate Judge Lee's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 5]; the action is **DISMISSED**. Plaintiff's pending motion to proceed *in forma pauperis* [Doc. 2] will be **DENIED as moot**. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff and **CLOSE** the case.

**SO ORDERED.**

           */s/ Harry S. Mattice, Jr.*
           HARRY S. MATTICE, JR.
           UNITED STATES DISTRICT JUDGE